THOMPSON, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P.; Lee v. Minute Stop, Inc., 874 So.2d 505 (Ala.2003); Ex parte Butts, 775 So.2d 173 (Ala.2000); Karrick v. Johnson, 659 So.2d 77 (Ala.1995); Ex parte Purvis, 689 So.2d 794 (Ala.1996); Alexander v. Hatfield, 652 So.2d 1142 (Ala.1994); Wright v. Bailey, 611 So.2d 300 (Ala.1992); and Parker v. Amerson, 519 So.2d 442 (Ala.1987).
This case was transferred to this court by the supreme court, pursuant to § 12-2-7(6), Ala.Code 1975.
YATES, P.J., and CRAWLEY and MURDOCK, JJ., concur.
PITTMAN, J., dissents.